UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Lamond Leroy McCabe, | Civ. No. 25-724 (PAM/JFD) |
| Petitioner, | |
| v. | **ORDER** |
| Jared Rardin, | |
| Respondent. | |

This matter is before the Court on Petitioner Lamond Leroy McCabe's Motion to Withdraw Petition for Writ of Habeas Corpus. (Docket No. 15.) The Court construes the Motion as one to voluntarily dismiss this matter pursuant to Fed. R. Civ. P. 41(a)(2).

Accordingly, **IT IS HEREBY ORDERED that**:

1. Petitioner's Motion (Docket No. 15) is **GRANTED**; and

2. This matter is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 22, 2025

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge